NICOLA T. HANNA
United States Attorney
DOROTHY A. SCHOUTEN
Assistant United States Attorney
Chief, Civil Division
ROBYN-MARIE LYON MONTELEONE
Assistant United States Attorney
Chief, General Civil Section
TIMOTHY D. BICHE (Cal. Bar No. 293363)
Assistant United States Attorney
      Federal Building, Suite 7516
      300 North Los Angeles Street
      Los Angeles, California 90012
      Telephone:  (213) 894-7354
      Facsimile:  (213) 894-7819
      E-mail:     timothy.biche@usdoj.gov

Attorneys for Defendant
United States of America

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### EASTERN DIVISION

| | |
|---|---|
| PERFECTUS ALUMINUM, INC.,<br><br>        Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br><br>        Defendant. | Case No. 5:18-cv-0182 DMG (SPx)<br><br>**DECLARATION OF JOHN CHOPP IN SUPPORT OF DEFENDANT UNITED STATES OF AMERICA'S NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>[Fed. R. Civ. P. 12(b)(1)]<br><br>Hearing Date:  May 18, 2018<br>Hearing Time:  9:30 a.m.<br>Location         Courtroom 8C<br>                 United States Courthouse<br>                 350 West First Street<br>                 Los Angeles, CA 90012<br><br>Honorable Dolly M. Gee |

I, John Chopp, declare as follows pursuant to 28 U.S.C. § 1746:

1.     I am a Special Agent with the United States Department of Homeland Security, United States Immigration and Customs Enforcement, Homeland Security Investigations, and have served in that capacity since April 2010.  The facts stated herein are within my personal knowledge and, if asked to do so, I could and would competently testify thereto.

2.     I am the case agent for the criminal investigation from which the forfeiture matter entitled <u>United States of America v. Approximately 279,808 Aluminum Structures in the Shape of Pallets</u>, Case No. 2:18-CV-1023 DMG (SPx) arises.  As the case agent, I have direct knowledge of the investigation and the facts underlying the referenced forfeiture action, including the detention and seizure of the defendant aluminum structures in the civil forfeiture case.

3.     The aluminum structures at issue in the present lawsuit, <u>Perfectus Aluminum, Inc. v. United States of America</u>, Case No. 5:18-CV-0182 DMG (SPx), are among the defendants in the referenced civil forfeiture action.

4.     The original detention of the aluminum structures at the Port of Long Beach/Los Angeles in or about September 2016 was for the dual purposes of the above-referenced criminal investigation and potential forfeiture proceedings against the structures, as was the ultimate seizure of the structures in January 2017.

I declare under penalty of perjury that the foregoing is true and correct.

Executed March 23, 2018 in Carson, California.

_____

JOHN CHOPP

1